IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALTON BUCK                                                                    PLAINTIFF

V.                              4:25CV00016 JM

PENMARK TRANSPORTATION, INC.                                DEFENDANT

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, Plaintiff's Motion to Remand (ECF No. 17) is withdrawn, the Default Judgment (ECF No. 7) is vacated, the Writ of Garnishment (ECF No. 8) is dissolved, and Plaintiff's Complaint is dismissed with prejudice. All remaining motions are moot.

The Court retains jurisdiction to enforce the settlement agreement between the parties for ninety (90) days. The Clerk is directed to close the case. The trial scheduled for March 9, 2026 is canceled.

IT IS SO ORDERED this 25th day of February, 2025.

_____
James M. Moody Jr.
United States District Judge